**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**EASTERN DIVISION**

BRUCE MURRAY                                                                    PLAINTIFF

v.                                          No. 2:17CV00030 JLH

UNION PACIFIC RAILROAD COMPANY                                    DEFENDANT

**ORDER**

Bruce Murray has filed a motion to remand this action to the Circuit Court of Phillips County, Arkansas. Although the defendant initially opposed the motion, Murray has filed a stipulation to the effect that the amount in controversy is no more than $74,999 plus interest and costs. Murray also has filed a notice in which he says that the defendant has agreed that this action should be remanded in the light of the stipulation.

The motion to remand is therefore GRANTED. Document #19. This action is hereby remanded to the Circuit Court of Phillips County, Arkansas.

IT IS SO ORDERED this 11th day of January, 2018.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE