# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
OFFICE OF THE CLERK
600 WEST CAPITOL AVENUE
SUITE A149
LITTLE ROCK, ARKANSAS 72201

**JAMES W. McCORMACK**
**CLERK**

(501)604-5351

January 11, 2018

*Via Certified Mail: 7015 3010 0001 4595 6261*

Lynn Stillwell
Phillips County Circuit Clerk
620 Cherry Street, Suite 206
Helena, AR   72342

    Re:    Murray v. Union Pacific Railroad Company
            U.S. District Court Eastern District of Arkansas Case No. 2:17-cv-00030-JLH
            Phillips County Circuit Court Case No. 54CV-17-00001

Dear Ms. Stillwell:

       Attached is a certified copy of an Order dated January 11, 2018, signed by Judge J. Leon Holmes, that remands the above-styled matter to Phillips County Circuit Court. Also enclosed is a certified copy of the docket sheet from our court and copies of all documents that have been filed in this matter since its removal from Phillips County Circuit Court.

       If you have any questions regarding this matter, please call me at 501-604-5394.

                            Sincerely,

                            JAMES W. McCORMACK, CLERK

                By   *Laura Bichlmeier*
                          Laura Bichlmeier, Deputy Clerk

Enclosures